UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

In re: Michael D Mack                                  Case Number: 04-37362
                                                       Chapter : 13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

_____

    Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

_____                               **Amount of Dividend**
**Michael D Mack**                                    **$ 0.05**
**2008 Albany Avenue**
**Richmond, VA 23224**


**Dated: August 28, 2009**                           \S\ Robert E. Hyman
                                                     _____
                                                     **(Signature of Trustee)**

                                                     **Robert E. Hyman**
                                                     **Standing Chapter 13 Trustee**
                                                     **P.O. Box 1780**
                                                     **Richmond, VA. 23218-1780**